UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHNSON KENNEDY III,**

**Plaintiff,**

v.                                                          Case No: 6:21-cv-348-GKS-PDB

**ACTING COMMISSIONER OF
SOCIAL SECURITY,**

**Defendant.**

## ORDER

THIS CAUSE is an action brought pursuant to 42 U.S.C. § 405(g) to review the final decision of Defendant, the Acting Commissioner of Social Security (Acting Commissioner), which comes before the Court upon two motions filed by Defendant. On April 26, 2021, Defendant filed an Opposed Motion Pursuant to Fed. R. Civ. P. 12(B)(1) to Dismiss Plaintiff's Complaint In Part (Motion to Dismiss) and Defendant's Unopposed Motion Stay of Proceedings (Doc. 13) which Plaintiff Opposed In Part (Doc. 17).

Thereafter, on August 3, 2021, the Commissioner filed an Unopposed Motion for Entry of Judgment with Remand (Doc. 24) (Motion). Plaintiff has not opposed the Motion. The Court referred the Motions to the United States Magistrate Judge

for a report and recommendation (Report and Recommendation).

On September 10, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 25), recommending that Defendant's Motion be granted, and the Acting Commissioner's decision be reversed and remanded. Neither party has filed any objections to the Report and Recommendation.

After review and consideration of the Report and Recommendation and noting that neither party objects to the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 25) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Motion to Remand is GRANTED (Doc. 24).

3. The Acting Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g).

4. The action is REMANDED to the Acting Commissioner for "further administrative proceedings, including further consideration of the evidence regarding Plaintiff's impairments.

5. Defendant's Motion to Dismiss is DENIED as MOOT (Doc. 13).

6. The Clerk of Court is **DIRECTED** to enter JUDGMENT in favor of Plaintiff,

Johnson Kennedy, III, and against Defendant, the Acting Commissioner of Social Security, TERMINATE all motions, and **CLOSE THE CASE**.

**DONE AND ORDERED** at Orlando, Florida, this ___30___ day of September, 2021.

_____
G. KENDALL SHARP
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record
Unrepresented Parties