UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHNSON KENNEDY III,**

**Plaintiff,**

v.                                                                          Case No: 6:21-cv-348-GKS-PDB

**ACTING COMMISSIONER OF
SOCIAL SECURITY,**

**Defendant.**

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Attorney's Fees (Motion), filed December 28, 2021 (Doc. 28), seeking an award of attorney's fees in the amount of $657.35, and costs of $402.00. The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

The Magistrate Judge filed a Report and Recommendation, (Doc. 29), to which Plaintiff filed an Objection (Doc. 30). Thereafter, on January 20, 2022, the Magistrate Judge filed an Amended Report and Recommendation, (Doc. 31), pertaining to the Motion.

Having reviewed and considered the Report and Recommendations, (Docs. 29, 31), as well as Plaintiff's Objection, (Doc. 30), and Defendant, the Acting

Commissioner of Social Security Commissioner having no opposition, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Patricia D. Barksdale's Amended Report and Recommendation (Doc. 31) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff is eligible to receive an Equal Access to Justice Act award as a prevailing party and the requested attorney's fee is reasonable. Plaintiff's Unopposed Motion for Attorney's Fees, (Doc. 28), is **GRANTED**, in accordance with 28 U.S.C. § 2412, awarding Plaintiff attorney's fees of $657.35, and costs of $402.00.

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly, in favor of Plaintiff, Johnson Kennedy, III, for attorney's fees of $657.35, and costs of $402.00 and against Defendant, the Acting Commissioner of Social Security.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of February, 2022.

---
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties